```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
VIDEO ELEPHANT LTD.,                                  :
                                                      :
                          Plaintiff,                  :
                                                      :           21-cv-503 (VSB)
        -against-                                     :
                                                      :              ORDER
BLAKE BROADCASTING LLC,                               :
                                                      :
                          Defendant.                  :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of the April 2, 2021 motion to withdraw as counsel submitted by Defendant's counsel. A corporation must be represented by counsel in federal court. Accordingly, it is hereby:

ORDERED that Defendant Blake Broadcasting LLC and defense counsel in above-captioned litigation, shall appear for a telephonic status conference on April 15, 2021 at 11:00 a.m. The call-in number for the conference line is 888-363-4749 and the access code is 2682448. Plaintiff may join the call if it so chooses.

SO ORDERED.

Dated: April 6, 2021
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge