```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
VIDEO ELEPHANT LTD.,                                  :
                                                      :
                              Plaintiff               :
                                                      :           21-cv-503 (VSB)
              -against-                               :
                                                      :              ORDER
BLAKE BROADCASTING LLC,                               :
                                                      :
                              Defendant.              :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2021

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendant Blake Broadcasting LLC's ("Defendant" or "Blake") request for an extension of time to retain new counsel. Blake also inquires into whether Plaintiff's counsel, Blank Rome LLP, has filed a letter regarding the possible conflict of issue raised at the last conference. Accordingly, it is hereby:

ORDERED that this action is stayed for an additional thirty (30) days so that Blake may retain new counsel.

IT IS FURTHER ORDERED that, by June 21, 2021, Plaintiff's counsel provide Blake, by email, with a copy of their letter filed on May 17, 2021 regarding the possible conflict of interest, (Doc. 14).

SO ORDERED.

Dated: June 16, 2021
       New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge