UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
VIDEO ELEPHANT LTD.,
:
                      Plaintiff, :
:             21-cv-503 (VSB)
       -against- :
:               **ORDER**
BLAKE BROADCASTING LLC, :
:
                    Defendant. :
:
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    I am in receipt of Defendant Blake Broadcasting LLC's ("Blake") letter that was emailed to the Court and Plaintiff's counsel on July 13, 2021. In the letter, Blake asserts that there is a conflict of interest between Blake and Plaintiff's counsel. The parties are directed to appear for a telephone conference on July 22, 2021, at 3:00 p.m. to discuss the potential conflict of interest raised by Blake. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 2682448, followed by the pound (#) key.

    Additionally, Blake requests until July 31, 2021 to find new counsel. Blake's request is granted. Accordingly, it is hereby:

    ORDERED that the parties appear for a telephone conference on July 22, 2021, at 3:00 p.m.

    IT IS FURTHER ORDERED that Blake has until July 31, 2021 to retain new counsel.

    IT IS FURTHER ORDERED that Plaintiff's counsel serve this order on Blake by email.

SO ORDERED.

Dated: July 14, 2021
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2021