

1271 Avenue of the Americas | New York, NY 10020

*Phone:* (212) 885-5130
*Fax:* (917) 332-3092
*Email:* mkrezalek@blankrome.com

July 15, 2021

**APPLICATION GRANTED SO ORDERED** /s/ Vernon S. Broderick
VERNON S. BRODERICK
U.S.D.J. 7/16/2021

The conference scheduled for July 22, 2021, is adjourned to July 29, 2021, at 3:00 p.m.

<u>VIA ECF FILING</u>

Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

Re: <u>*Video Elephant Ltd. v. Blake Broadcasting LLC*, Case No. 21-cv-0503 (VSB)</u>

Dear Judge Broderick,

We are counsel for Plaintiff Video Elephant Ltd. ("Plaintiff"). We write concerning the Court's scheduling of a telephone conference for July 22, 2021, at 3:00 p.m. (*See* ECF No. 18, attached).

Defendant respectfully requests an adjournment of the July 22 conference because the undersigned counsel is scheduled to travel internationally for a family vacation between July 20–24, 2021. The trip was scheduled around counsel's existing obligations.

Accordingly, if it would not inconvenience the Court, Defendant respectfully requests that the conference be rescheduled to a date prior to July 20, 2021, or a date after July 24, 2021. No previous adjournments of this, or any other conference in this case, have been sought.

Separately, we are preparing a response to the allegations in Mr. Blake's July 13, 2021 letter, which we intend to submit shortly.

Respectfully submitted,

*/s/ Martin Krezalek*

Martin S. Krezalek

Cc: Bob Blake (by email celebritywire@gmail.com)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
VIDEO ELEPHANT LTD.,                                  :
                                                      :
                              Plaintiff,              :
                                                      :           21-cv-503 (VSB)
        -against-                                     :
                                                      :               **ORDER**
BLAKE BROADCASTING LLC,                               :
                                                      :
                              Defendant.              :
                                                      :
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2021

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Defendant Blake Broadcasting LLC's ("Blake") letter that was emailed to the Court and Plaintiff's counsel on July 13, 2021. In the letter, Blake asserts that there is a conflict of interest between Blake and Plaintiff's counsel. The parties are directed to appear for a telephone conference on July 22, 2021, at 3:00 p.m. to discuss the potential conflict of interest raised by Blake. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 2682448, followed by the pound (#) key.

      Additionally, Blake requests until July 31, 2021 to find new counsel. Blake's request is granted. Accordingly, it is hereby:

      ORDERED that the parties appear for a telephone conference on July 22, 2021, at 3:00 p.m.

      IT IS FURTHER ORDERED that Blake has until July 31, 2021 to retain new counsel.

      IT IS FURTHER ORDERED that Plaintiff's counsel serve this order on Blake by email.

SO ORDERED.

Dated: July 14, 2021
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge