UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                    :

VIDEO ELEPHANT LTD.,               :

                Plaintiff,    :

          -against-         :

BLAKE BROADCASTING LLC,    :

             Defendant.  :

-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/16/2021
```

21-cv-503 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      Today, I held a status conference in this case.  In accordance with my comments made during the conference, the parties are directed to submit a joint letter by August 20, 2021 informing me whether the parties intend to mediate.  If the parties intend to mediate, they should inform me whether they would like to mediate before a magistrate judge or retain a private mediator.  If the parties do not intend to mediate, they should propose their next steps.  As I noted during the conference, at this juncture, it would be proper for Plaintiff to seek a default judgment.  Accordingly, it is hereby:

      ORDERED that the parties submit a joint letter updating me on their next steps by on or before August 20, 2021.

SO ORDERED.

Dated:  August 16, 2021
       New York, New York

                               Vernon S. Broderick
                               United States District Judge