UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

VIDEO ELEPHANT LTD.

        Plaintiff,

  -v-

BLAKE BROADCASTING LLC,

        Defendant.
-------------------------------------------------------x

BLAKE BROADCASTING LLC,

        Defendant / Counterclaim Plaintiff,

  -v-

VIDEO ELEPHANT LTD.

        Plaintiff / Counterclaim Defendant.
-------------------------------------------------------x

BLAKE BROADCASTING LLC,

        Defendant / Third-Party Plaintiff,

  -v-

JOHN JORDAN,

        Third-Party Defendant.
-------------------------------------------------------x

No.   21-CV-0503-LTS

## Order

On January 5, 2024, this Court entered a Memorandum Order, dismissing certain of Defendant and Counterclaim/Third-Party Plaintiff Blake Broadcasting LLC's ("Blake")

counterclaims (see docket entry no. 49 ("Memorandum Order")), and an order to show cause regarding claims asserted against third-party defendant John Jordan (see docket entry no. 50 ("Order to Show Cause")).

On June 18, 2024, Blake filed a motion for leave to amend certain of its counterclaims and its third-party complaint (docket entry no. 70 (the "Motion")), and a response to the Court's Order to Show Cause (docket entry no. 71 (the "OSC Response")).

Upon request of Plaintiff and Counterclaim Defendant Video Elephant Ltd. ("Video Elephant"), the Court granted three extensions of time for Video Elephant to respond to the Motion and OSC Response, most recently extending the deadline to October 28, 2024. (Docket entry nos. 72-78.)

On October 28, 2024, Video Elephant filed what appears to be an answer to Blake's counterclaims and third-party complaint, as filed at docket entry no. 33, which is no longer the operative pleading in light of the Court's orders entered in January 2024 and Blake's Motion and OSC Response. (See docket entry nos. 70-71.)

Should Video Elephant wish to respond to the pending Motion and OSC Response as contemplated in its prior letter motions, its response must be filed by **November 7, 2024**. Blake's reply, if any, must be filed by **November 14, 2024**. No further extensions will be granted barring exceptional circumstances.

SO ORDERED.

Dated: New York, New York
October 30, 2024

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge