**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
VIDEO ELEPHANT LTD.,

                      Plaintiff,                     **ORDER**

                -against-                 **21-CV-503 (LTS) (JW)**

BLAKE BROADCASTING LLC,

                      Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter was recently referred to this Court for general pretrial. Dkt. No. 82. The Parties are ordered to file a joint status letter by **November 22, 2024**. The letter should: (1) provide the Court with a brief overview of this matter; (2) what if any issues need to be resolved; (3) all upcoming deadlines; (4) whether the parties have engaged in settlement talks; and (5) any anticipated next steps in this matter. The letter should not exceed four pages.

      SO ORDERED.

DATED:    New York, New York
                November 15, 2024

                                                  */s/ Jennifer E. Willis*
                                               JENNIFER E. WILLIS
                                               United States Magistrate Judge