UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VIDEO ELEPHANT LTD.,

                       Plaintiff,            **ORDER**

       -against-                         **21-CV-503 (LTS) (JW)**

BLAKE BROADCASTING LLC,

                       Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties are directed to complete the Proposed Case Management Plan and Report of Rule 26(f) Meeting, at https://nysd.uscourts.gov/hon-jennifer-e-willis, and file it on ECF **by January 27, 2025**.

      Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **January 20, 2025**. The letter shall be filed via ECF.

      **Consent to Proceed Before the Magistrate Judge.** The parties shall discuss whether they consent to conduct all proceedings, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form available at https://nysd.uscourts.gov/hon-jennifer-e-willis and file such form with the Court. This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

SO ORDERED.

DATED:    New York, New York
          January 14, 2025

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge