UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
VIDEO ELEPHANT LTD.,

                Plaintiff,                        **ORDER**

        -against-                        **21-CV-503 (LTS) (JW)**

BLAKE BROADCASTING LLC,

                Defendant.
----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On January 14, 2025, the Court ordered the Parties to complete the Proposed Case Management Plan and Report of Rule 26(f) Meeting, and file it on ECF by January 27, 2025. Dkt. No. 89. As of today, no proposed case management plan report of a Rule 26(f) meeting has been filed on ECF. The Parties are ordered to file the requested Proposed Case Management Plan and Report of Rule 26(f) Meeting by **March 7, 2025.** The Parties are also ordered to file a joint letter by **March 7th**, informing the Court why the January 14th order was not complied with.

      SO ORDERED.

DATED:    New York, New York
                March 3, 2025

                                                        _____
                                                            JENNIFER E. WILLIS
                                                            United States Magistrate Judge