UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VIDEO ELEPHANT LTD.,

                 Plaintiff,

-against-

BLAKE BROADCASTING LLC,

                 Defendant.
------------------------------------------------------------------X

**ORDER**

**21-CV-503 (LTS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On January 14, 2025, this Court ordered the Parties to file a proposed case management plan by January 27, 2025. Dkt. No. 89. The Parties failed to comply with the Court's order. On March 3, 2025, this Court notified the Parties of their failure, and ordered the Parties to file the proposed case management plan and a joint letter by March 7, 2025. Dkt. No. 91. The Parties again failed to comply with the Court's order.

Counsel for both Parties are ordered to attend an in-person status conference on **March 20, 2025**. The conference will take place at **11:00 AM in Courtroom 228**, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Should counsel fail to appear, this Court may issue an order to show cause as to why counsel should not be held in contempt of court.

SO ORDERED.

DATED:    New York, New York
               March 11, 2025

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge