**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
VIDEO ELEPHANT LTD.,

                       Plaintiff,                    **ORDER**

           -against-                      **21-CV-503 (LTS) (JW)**

BLAKE BROADCASTING LLC,

                       Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      In light of the Parties complete settlement of all claims and counterclaims, the March 20, 2025 conference is adjourned *sine die*. See Dkt. Nos. 93, 94.

      SO ORDERED.

DATED:    New York, New York
               March 11, 2025

                                                        _____
                                                         JENNIFER E. WILLIS
                                                         United States Magistrate Judge